IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**XAVIAN J. RAY, SR.**                                                                                          **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 1:24-cv-00295-RPM**

**HARRISON COUNTY, MISSISSIPPI, et al.**                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference, and pursuant to the requirement of a separate Final Judgment under Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [33] for Summary Judgment Due to Plaintiff's Failure to Exhaust Administrative Remedies is **GRANTED**. Plaintiff Xavian J. Ray, Sr.'s claims against Harrison County, Mississippi; Matthew Haley; Elaine Lege; Evan Hubbard; Unknown Phillips; Anthony Bowman; and Unknown Hons are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff's claims against Chief Alan Weatherford are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. 1915(e)(2)(B)(i). This case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 26th day of January, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE